# USERY & ASSOCIATES

DAVID R. SHYER, ESQ
Admitted in NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6324
Email: DSHYER@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 27.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: July 10, 2025

July 9, 2025

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: *The Travelers Indemnity Company v. Fortegra Specialty Insurance Company and Hudson Excess Insurance Company*; Case No.: 1:25-cv-01248-AS

Dear Judge Subramanian,

  This office represents plaintiff The Travelers Indemnity Company ("Travelers") in the above-referenced action. I submit this letter motion pursuant to Rules 3.A., 3.E., and 8.A. of your Honor's Individual Practices in Civil Cases to request an extension of the deadline for completion of depositions and all discovery (the "Discovery Deadline") to December 12, 2025; and a concurrent extension of the briefing schedule for the parties' post-discovery summary judgment motions.

  Pursuant to the Civil Case Management Plan and Scheduling Order entered May 15, 2025 (DE 26) (the "Scheduling Order"), the Discovery Deadline is currently October 31, 2025. This is the first request for an extension of these deadlines. Counsel for defendants Fortegra Specialty Insurance Company ("Fortegra") and Hudson Excess Insurance Company's ("Hudson") both consent to this extension. The reason for this request is discussed below.

  In this action, Travelers seeks a determination of the parties' respective coverage obligations to Notias Construction, Inc. ("Notias") for the lawsuit captioned *Luis Bermeo v. MBD New Heights Apts. Housing Dev. Fund Co., Inc., et al.*, Index No. 819269/2023E, commenced in the Supreme Court of the State of New York, County of Bronx (the "Underlying Action"). In the Underlying Action, Luis Bermeo ("Bermeo") alleges that on November 9, 2023, he was injured while working on a construction project (the "Project") at 970 Anderson Avenue, Bronx, New York (the "Premises"), when he was struck in the head by a steel beam that fell from approximately 15-20 feet above (the "Accident"). The Accident occurred while Bermeo was in the course of his employment on the Project with FT Enterprise Group Inc. ("FTE"). It is alleged that Notias, American Architectural Windows Inc. ("AAW"), and FTE are legally responsible for the Accident. Notias, the Project's general contractor, subcontracted window

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA
SAN DIEGO, CA • WALNUT CREEK, CA • CHICAGO, IL • DALLAS, TX   HOUSTON, TX**

Hon. Arun Subramanian, U.S.D.J.
July 7, 2025
Page 2

installation work to AAW and masonry work to FTE prior to the Accident. Travelers insures Notias, Fortegra insures AAW, and Hudson insures FTE.

Fortegra, as noted in the parties' joint letter filed May 14, 2025 (DE 21), maintains that it does not owe a duty to defend or a duty to indemnify Notias based on an endorsement to its policy that excludes coverage for liability arising out of "exterior installations in excess of two stories." Fortegra, in an attempt to develop facts concerning this endorsement's application and whether AAW had any involvement in the Accident, has subpoenaed Notias and FTE.[1] Although depositions have not yet taken place in the Underlying Action, underlying counsel recently agreed to a discovery schedule that includes depositions of Notias on October 16; AAW on October 20; and FTE on October 23.

While the liability issues in dispute in the Underlying Action and the coverage issues in this action differ, facts such as the details of the Accident and AAW's work on the Project are relevant to the determination of both issues. Given the scheduled deposition dates of Notias, FTE, and AAW in the Underlying Action, the Discovery Deadline as it stands would necessarily require their non-party depositions in this action (the "Non-Party Depositions") to take place before their party depositions in the Underlying Action (the "Party Depositions").

This scenario raises both practical and comity concerns. Facts common to the issues in both actions should be developed in the Underlying Action, where Notias, FTE, and AAW are parties. The determination of the liability issues in the Underlying Action is the basis for this Court's determination of the duty to indemnify. If the Non-Party Depositions proceed first, the result may be the development of facts relevant to the issues in the Underlying Action in the absence of counsel for all underlying parties. If the Party Depositions are taken after the Non-Party Depositions and result in conflicting testimony in response to different questioning after the Discovery Deadline, the resulting inconsistent and muddled record would raise a roadblock to the State Court's ability to determine the liability issues in the Underlying Action. If the State Court cannot make a liability determination, this Court would not be able to render a decision on the duty to indemnify. This scenario also raises practical concerns of compelling the parties to the Underlying Action to appear for a second deposition, which counsel for Notias has already advised may be difficult.

Travelers requests an extension of the Discovery Deadline in an attempt to avoid such issues, streamline the deposition process, and maintain a uniform record by allowing counsel for Travelers, Fortegra, and Hudson (collectively, "Coverage Counsel") to attend the Party Depositions in the Underlying Action on October 16, 20, and 23. At the close of underlying counsels' questioning, Coverage Counsel would immediately be able to question the same witnesses and further develop any facts unrelated to the merits of the Underlying Action, but going to the merits of the coverage issues, which were not sufficiently established. Counsel for Fortegra and Hudson have consented to the depositions proceeding in this manner.

---

[1] Fortegra has subpoenaed various other parties to the Underlying Action seeking the production of documents, but has only noticed the depositions of Notias and FTE. Travelers also plans to serve a subpoena upon AAW shortly, pursuant to which it may seek AAW's deposition.

Hon. Arun Subramanian, U.S.D.J.
July 7, 2025
Page 3

    This proposal would require an extension of the Discovery Deadline to allow for post-deposition discovery and flexibility if any Party Depositions are rescheduled. As such, Travelers respectfully requests that the Discovery Deadline be adjourned to December 12, 2025, and a concurrent extension of the briefing schedule for the parties' summary judgment motions, as follows:

- <u>Moving papers</u> from December 5, 2025 to January 16, 2026;
- <u>Opposition</u> from January 9, 2026 to February 20, 2026; and
- <u>Reply papers</u> from January 23, 2026 to March 6, 2026.

    For the reasons set forth above, Travelers respectfully requests that the Court grant this letter motion in all respects.

Respectfully Submitted,

 /s/David R. Shyer
David R. Shyer

Cc:    All Counsel of Record (via ECF)